UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| CARLOS A. RYERSON AND DEBRA FROST RYERSON<br>Plaintiff,<br><br>v.<br><br>US BANK NATIONAL ASSOCIATION NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE FOR THE RMAC TRUST, SERIES 2016-CIT, AND RUSHMORE LOAN MANAGEMENT SERVICES, LLC<br>Defendants. | § § § § § § § § § § § § § § | Civil Action No. 1:18-cv-731 |

## JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW, Plaintiffs Carlos A. Ryerson and Debra Frost Ryerson ("Plaintiffs"), and Defendants U.S. Bank National Association, not in its individual capacity but solely as Trustee for the RMAC Trust, Series 2016-CIT ("U.S. Bank") and Rushmore Loan Management Services, LLC ("Rushmore") ("Defendants") (collectively the "Parties") and file their Joint Stipulation of Dismissal without Prejudice and would respectfully show the Court as follows:

1. Plaintiffs filed their Original Petition in the 207th Judicial Court of Hays County, Texas on August 6, 2018.

2. The Parties no longer wish to pursue litigation at this time. Further, Defendants are abandoning acceleration

3. Accordingly, Plaintiffs and Defendants request that the Court dismiss this lawsuit without prejudice against filing the same in the future.

JOINT STIPULATION OF DISMISSAL
00000007809841/Ryerson

WHEREFORE, PREMISES CONSIDERED, Plaintiffs and Defendants requests that the Court enter the attached Order dismissing the above-entitled and numbered cause without prejudice.

                          Respectfully Submitted by,

                          RYERSON & ASSOCIATES, P.C.

                          By: /s/ Carlos A. Ryerson
                          Carlos A. Ryerson
                          State Bar No. 17492500
                          2800 Post Oak Blvd.
                          Suite 4100
                          Houston, Texas 77056
                          (832) 390-2398
                          (832) 383-9320 (Facsimile)
                          Carlos.ryerson@ryersonlaw.com
                          ATTORNEY FOR PLAINTIFFS

                          and

                          BARRETT DAFFIN FRAPPIER TURNER
                          & ENGEL, LLP

                          By: /s/Crystal Gee Gibson
                          Crystal Gee Gibson
                          State Bar No. 24027322
                          SD No. 706039
                          4004 Belt Line Rd., Ste. 100
                          Addison, Texas 75001
                          (972) 340-7901
                          (972) 341-0783 (Facsimile)
                          CrystalR@bdfgroup.com

                          ATTORNEYS FOR DEFENDANTS